YARON SHAHAM (State Bar No. 217192)
ys@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:(949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. MCCLENDON (State Bar No. 184669)
rjm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:(415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC and FEDERAL
NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. SCHUCK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Entity aka FANNIE MAE, GMAC MORTGAGE, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 1:11-cv-00691-OWW -JLT<br>Hon. Oliver W. Wanger<br>Ctrm. 3 (7th Floor)<br><br>**ORDER DISMISSING PLAINTIFF'S CASE AGAINST DEFENDANTS GMAC MORTGAGE, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br>Date:   [No Hearing Necessary]<br>Time:  [No Hearing Necessary]<br>Ctrm.:  3 (7th Floor) |

19000/0870/942325.1

ORDER
Case No. 1:11-cv-00691-OWW-JLT

1  In light of the fact Plaintiff William Schuck ("Plaintiff") failed to timely file an
2  amended complaint after the Court provided Plaintiff with leave to amend per the
3  Court's June 28, 2011 Order, the Court, finding good cause, **ORDERS** as follows:
4  Plaintiff's case against Defendants GMAC Mortgage, LLC ("GMACM") and
5  Federal National Mortgage Association ("Fannie Mae") (collectively, "Defendants")
6  is hereby dismissed, with prejudice.
7  **IT IS SO ORDERED.**

10  IT IS SO ORDERED.

11  Dated:  **July 19, 2011**          **/s/ Oliver W. Wanger**
12                                     UNITED STATES DISTRICT JUDGE

- 2 -

19000/0870/942325.1

ORDER
Case No. 1:11-cv-00691-OWW-JLT